# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

## CIVIL COVER SHEET

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the Western District of Missouri.

**The completed cover sheet must be saved as a pdf document and filed as an attachment to the Complaint or Notice of Removal.**

### Plaintiff(s):
First Listed Plaintiff:
Dianna Chase ;
**County of Residence:** Clinton County

### Defendant(s):
First Listed Defendant:
City of Excelsior Springs ;
**County of Residence:** Outside This District

Additional Defendants(s):
Excelsior Springs Police Chief Gregory Dull ;
Sergeant Bret Rider ;
Corporal Scott Sickles ;
Officer Payden Thornton ;
Communications Officer Jae Juarez ;
Excelsior Springs Fire Chief Joseph Maddick ;
John Doe EMS Officer 1 ;
John Doe EMS Officer 2 ;
Forensic Medical of Kansas, LLC ;
Frontier Forensic Medical of Kansas, LLC ;
Clay County, Missouri ;
Clay County Sheriff Will Akin ;
Sergeant Chris Johnson ;
Detective Bruce Traxler ;
Detective Vince Pernice ;
Detective Katt Ford ;
Detective Brandon Kahler ;
Axon Enterprise, Inc. ;

**County Where Claim For Relief Arose:** Clay County

### Plaintiff's Attorney(s):
Matthew T Merryman (Dianna Chase)
The Bates & Merryman Law Firm LLC
P.O. Box 10282
Kansas City, Missouri 64171
**Phone:** 8162234482
**Fax:** 816-608-2570
**Email:** mmerryman@bmmblaw.com

Nicholas Bates (Dianna Chase)
The Bates & Merryman Law Firm LLC
P.O. Box 10282
Kansas City, Missouri 64171
**Phone:** 816-608-2570
**Fax:** 816-608-2570
**Email:** nbates@bmmblaw.com

### Defendant's Attorney(s):

Rachel Dawn Guthrie (Dianna Chase)
The Merryman Guthrie Law Firm LLC
4100 Terrace Street
Kansas City, Missouri 64111
**Phone:** 816-608-2760
**Fax:** 816-608-2570
**Email:** mmerryman@bmmblaw.com

**Basis of Jurisdiction:** 3. Federal Question (U.S. not a party)

**Citizenship of Principal Parties** (Diversity Cases Only)
    **Plaintiff:** N/A
    **Defendant:** N/A

**Origin:** 1. Original Proceeding

**Nature of Suit:** 440 All Other Civil Rights

**Cause of Action:** This is an action pursuant to 42 U.S.C. § 1983 to seek redress of the unlawful deprivation of Benjamin ("Benjamin") Eli Chase's right to life, inherent in his humanity, fundamental to the United States Constitution, and expressly incorporated into the Due Process Clause of the Fourteenth Amendment thereto.

**Requested in Complaint**
    **Class Action:** Not filed as a Class Action
    **Monetary Demand (in Thousands):** 150,000,000
    **Jury Demand:** Yes
    **Related Cases:** Is NOT a refiling of a previously dismissed action

---

**Signature:** Matthew T. Merryman

**Date:** 12/11/2023

If any of this information is incorrect, please close this window and go back to the Civil Cover Sheet Input form to make the correction and generate the updated JS44. Once corrected, print this form, sign and date it, and submit it with your new civil action.